```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 04387
   FRANK MORROW
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4867


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
   The case was filed on 03/13/2007 and was not confirmed.

   The case was dismissed without confirmation 07/09/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
TCF NATIONAL BANK          UNSECURED       NOT FILED          .00           .00
LASALLE BANK               UNSECURED       NOT FILED          .00           .00
K MART                     UNSECURED       NOT FILED          .00           .00
CAPITAL ONE                UNSECURED        1640.35           .00           .00
CITY OF CHICAGO PARKING    UNSECURED        6270.00           .00           .00
CABLE ONE GULFPORT LONG    UNSECURED       NOT FILED          .00           .00
EXCEL EMERGENCY CARE       UNSECURED       NOT FILED          .00           .00
METHODIST ER PHYSICIANS    UNSECURED         111.00           .00           .00
EVERGREEN EMERGENCY SERV   UNSECURED       NOT FILED          .00           .00
ST JAMES OLYMPIC           UNSECURED       NOT FILED          .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED          .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        1439.73           .00           .00
VILLAGE OF HOMEWOOD        UNSECURED         500.00           .00           .00
TRUE LOGIC FINANCIAL COR   UNSECURED       NOT FILED          .00           .00
ASSET ACCEPTANCE LLC       UNSECURED         696.00           .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,484.00                        27.93
TOM VAUGHN                 TRUSTEE                                          2.07
DEBTOR REFUND              REFUND                                            .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 30.00

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                                     .00
ADMINISTRATIVE                              27.93
TRUSTEE COMPENSATION                         2.07
DEBTOR REFUND                                 .00
                    --------------      --------------
TOTALS                  30.00                30.00



                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 04387 FRANK MORROW
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 10/18/07 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |